AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**CHRISTINA L. STISCHOK,**

      **Plaintiff,**

                            **JUDGMENT IN A CIVIL CASE**

**vs.**

                            **CASE NO. C2-06-1030**
**HARTFORD LIFE GROUP**      **JUDGE EDMUND A. SARGUS, JR.**
**INSURANCE CO.,**               **MAGISTRATE JUDGE MARK R. ABEL**

      **Defendant.**

\_\_\_     **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

      **Pursuant to the Opinion and Order filed March 31, 2008, JUDGMENT is hereby entered DISMISSING this case.**

Date: March 31, 2008                       JAMES BONINI, CLERK

                                      */S/ Andy F. Quisumbing*
                                      (By) Andy F. Quisumbing
                                      Courtroom Deputy Clerk